AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:23-mj-70489 MAG |
| DAVID STEVENOT | ) | |
| | ) | Charging District: Eastern District of California |
| *Defendant* | ) | Charging District's Case No. 1:19-00067M-001 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: YOSEMITE FEDERAL COURTHOUSE<br>9004 Castle Cliff Court<br>Yosemite, CA  95389 | Courtroom No.:  Magistrate Court |
| | Date and Time: 5/16/2023 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:     04/18/2023

_____
*Judge's signature*

Nathanael M. Cousins, United States Magistrate Judge
*Printed name and title*